IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ONTARIO DAVIS,

    Plaintiff,

v.

BARBARA DeLAP, MARY MILLER,
SGT. NOVINSKA, PETER HUIBREGSTE,
RICK HABLE and VICKI DORN,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-674-slc

---

This action came for consideration before the court with Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Mary Miller and Rick Hable; and

(2) granting summary judgment in favor of Barbara DeLap, Sgt. Novinska, Peter Huibregtse and Vicki Dorn, and dismissing this case.

_____     4/9/12
Peter Oppeneer, Clerk of Court                Date